1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2708



**FILED**

SEP - 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE MATTER OF THE SEARCH OF SIGNALS EMANATING FROM A PACKAGE TO BE DELIVERED TO 2131 J STREET, SACRAMENTO, CA | CASE NO. 2:06-SW-0232 DAD<br>MOTION AND [PROPOSED] ORDER ALLOWING DELAYED NOTICE |

For the reasons articulated in the Affidavit in of SA Bradford D. Bybee, the United States respectfully requests that the Court order that notice of the execution of the attached Search Warrant be delayed until 30 minutes after the signals from the package indicate that the package has been opened. 18 U.S.C. § 3103a.

The purpose of this warrant is to find out how the package would be opened if the person receiving it did not suspect law enforcement monitoring. Thus, immediate notification of the interception of signals would seriously jeopardize the investigation into who will open the package and under what circumstances. 18 U.S.C. §§ 2705(a)(2)(E), 3103(b)(1). There is reasonable necessity to allow the interception of the signals

1 from the package, as this is necessary to determine when the
2 package is opened. 18 U.S.C. § 3103(b)(2). 30 minutes delay
3 from the opening of the package is a reasonable period of delay.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: August 31, 2006     By: /s/ Matt Segal
                               MATTHEW D. SEGAL
                               Assistant U.S. Attorney

The Court finds that immediate notification of the interception of signals would seriously jeopardize the investigation. 18 U.S.C. §§ 2705(a)(2)(E), 3103(b)(1). The Court finds that there is reasonable necessity to allow the interception of the signals from the package. 18 U.S.C. § 3103(b)(2). The Court finds that 30 minutes delay from the opening of the package is a reasonable period of delay.

**SO ORDERED.**

DATE: 8/31/06

HON. DALE A. DROZD
U.S. Magistrate Judge

2